UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

U.S. DISTRICT COURT
EASTERN DISTRICT-WI

CHAD M. MARTINEZ and FILED
McKenzie WEINKAUF, '08 FEB -4 P1:41

Plaintiffs,

CASE NO. 08-C-0124

vs.

MARGERET HAND, AMY KELLER,
TOM MILLER, LAWRENCE MAHONEY, and
Quala CHAMPAGNE, In their Official and
personal/individual capacities.

Defendants.

---

COMPLAINT UNDER THE CIVIL RIGHTS ACT 42 U.S.C §1983

1. Place of present confinement: Milwaukee County Jail,
949 N. 9th Street, Milwaukee, Wisconsin 53233.

A. Is there a grievance procedure in your jail? Yes.
B. Have you filed a grievance concerning the facts
relating to this complaint? Yes.

2. Parties: Chad Martinez #(DOC) 258661 / C.J.F.#721995518
- Social Security Number (Last four Digits Only) 0176
- Address: 949 N. 9th Street, Milwaukee, Wisconsin
53233

*AS to plaintiff McKenzie Weinkauf: (Not Incarcerated)
- Address: 2961ª S. Kinnickinnic, Milwaukee, Wisconsin
53207

3. Parties (Defendants): Margeret Hand, Parole Agent;

Defendants Continued:
- Address: 4160 N. Port Washington
            Glendale Wi 53212

- Amy Keller, Parole Agent
- Address: 4160 N. Port Washington
            Glendale W. 53212

- Tom Miller, Supervisor
- Address: 4160 N. Port Washington
            Glendale Wi 53212

- Lawrence Mahoney, Regional Chief
- Address: 819 N. 6th
            Milwaukee Wi. 53203

- Quala Champagne, Administrator, Division of Community Corrections
- Address: P.O. Box 7857, Madison, WI 53707-7857

## STATEMENT OF CLAIM

COMES NOW the plaintiffs, Chad Martinez and McKenzie Weinkauf, pro-sé, and for cause of action against the defendants, would respectfully show the Court as follows:

1. In October of 2006, defendant Amy Keller ~~Keller~~ Hand interfered with, hindered and denied me a relationship in violation of my First Amendment Rights to life, liberty, the pursuit of happiness and freedom of association with a consenting adult.

2. In September 2006, defendant Margaret Hand prohib-me from vis<del>iting</del> me a Child Filed 08/04/08 Page 2 of 7 Document 1 to free-

dom of association. In addition, the plaintiff was not afforded any type of hearing in the case of rescinding my visitation rights to my children. These acts are in violation of my First, Fifth and Fourteenth Amendment rights to the United States Constitution.

3. C.M/M.W. Defendant Amy Keller conspired with defendant Margaret Hand to violate my rights in statement #2 above by agreeing with and upholding the actions and omissions as listed with regards to the above mentioned rights.

4. Defendant Amy Keller refused to file or respond to my complaint pursuant to (DOC) 328.11 and dated 5-15-07 thereby violating my rights to the access of the grievance procedure and my rights of access and equal protection of the laws, privileges and immunities to all other similarly situated inmates and parolees under supervision or incarcerated by the Wisconsin Dept. of Corrections/Division of Community Supervision.

5. Defendants Amy Keller, Tom Miller, Lawrence Mahoney and Quala Champaane conspired to violate my rights as stated herein in count numbers (2) and (3) by their acts and/or omissions in agreeing with and refusing to respond to the plaintiff's complaints regarding the unlawful deprivation of visiting rights to my children thereby violating, and conspiring to do so, my rights to freedom of association with my children and life, liberty and the pursuit of happiness with a consenting adult, that adult being co-plaintiff McKenzie Weinkauf.

## STATEMENT OF CLAIM

COMES ... Weinkauf,

pro-sé, and would respectfully show this Court the following:

1. That defendants Maraeret Hand, Amy Keller, Tom Miller, Lawrence Mahoney and Duala Chamoaane violated my First Amendment Riahts to life, liberty and the pursuit of happiness as well as my right to freedom of association with a consenting adult, that adult being Chad Martinez, by falsely labelling me a victim of his and prohibiting con-contact between the two of us ~~also~~ on these grounds. I assert that Chad Martinez has never committed any criminal or abusive act against me nor have there been alleagtions of such. The above named defendants also conspired to commit the aforementioned acts. All acts and/or omissions as herein alleged violate my rights to eaual orotection of the laws, privileaes and immunities as provided by the Fourteenth, Fifth and First Amendments to the U.S. Constitution.

2. All acts as herein alleged violates our riahts to be free from cruel ~~and~~ and unusual punishment as provided by the Eiahth Amendment.

State briefly your legal theory or cite approoriate authority:
. The herein named defendants' explanation for denuing the two of us a romantic relationshia was "I don't feel she is right for you". This act and determination far exceeds the scope of protecting the public and their lawful authority and/or discretion. No hearings were afforded us before deprivation of Chad's visitina riahts to his children and Chad and McKenzie's denial of a

relationship.

## RELIEF REQUESTED

1. Injunctive relief prohibiting the interference, hindrance and denial of my visitation rights to visit my children;

2. Injunctive relief prohibiting the interference, hindrance and denial of a relationship between us;

3. Recovery of lost wages as to Chad Martinez;

4. Expungement of all entries into my parole file referring to McKenzie Weinkauf as a victim as to Chad Martinez;

5. Compensatory damages in the amount of $1,000,000 severally as to Chad Martinez;

6. Compensatory damages in the amount of $1,000,000 severally as to McKenzie Weinkauf;

7. Punitive damages in the amount of $2,000,000 severally as to both plaintiffs.

The plaintiff's assert that the aforementioned injuries did occur and were committed knowingly, willingly and intentionally by the defendants.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted this ___28th___ day of __January__,
__2008__.

_Chad Mintry_
Chad. M. Martinez
_McKenzie Weinkauf_
McKenzie Weinkauf

5

DJ-LS-22, rev. 01/07



**STATE OF WISCONSIN**
**DEPARTMENT OF JUSTICE**

**J.B. VAN HOLLEN**
**ATTORNEY GENERAL**

**Raymond P. Taffora**
**Deputy Attorney General**

17 W. Main Street
P.O. Box 7857
Madison, WI 53707-7857

Betty Kruse
Paralegal
kruseel@doj.state.wi.us
608/267-2780
FAX 608/267-8906

<u>Instruction To Offender</u>: **You must send original Certification to the Court.**

# CERTIFICATION
## AS TO THREE OR MORE DISMISSALS
### UNDER WIS. STAT. § 801.02(7)(d)

**OFFENDER NAME:**     **CHAD MARTINEZ**

**OFFENDER NUMBER:**     **258661**

**THE UNDERSIGNED CERTIFIES THAT:**

__X__     The Wisconsin Department of Justice has no records showing that this offender has three or more dismissals within the meaning of Wis. Stat. § 801.02(7)(d).

_____     The Wisconsin Department of Justice has records it believes show that this offender has three or more dismissals within the meaning of Wis. Stat. § 801.02(7)(d). These records are public records within the meaning of Wis. Stat. §§ 908.03(8), 909.015(7), and 909.02(4), in that they are on file in the offices of the Wisconsin Department of Justice, reflect the activities of that Department, and set forth matters observed by that Department pursuant to duty imposed on it by law. True copies of these records are attached hereto and their case name, number, and venue are as follows:

**Attached hereto is a true copy of the offender's request for this certification, bearing the Department of Justice date stamp, and the envelope in which it was enclosed.**

**Witness under my hand and the official seal of the Wisconsin Department of Justice, Office of the Attorney General, this 15th day of January, 2008.**

_____
**Betty Kruse**

Dear Sir Maam                                    1-9-08

I am incarcerated in the Wi prison system
and am planning to file a civil complaint
within the next 30 days. Please mail o me a
form DJL522 certifying that I have not
filed any 3 or more civil actions
persuant to Wi stats. 801.02 (1) (d). I have a
time limit to file so this is a very important
form to me so the sooner the better
thank you.

                                    Thank you

Chad Martinez #258661           Chad Martinez
D.O.B. ■■ 71
Milwaukee County Jail
949 N. 9th
Milwaukee Wi 53233

                                **RECEIVED**

                                JAN 1 1 2008

                            **DEPARTMENT OF JUSTICE**